UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | CASE NO. 17-2645 |
| DILLARD UNIVERSITY | SECTION: "G" |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 15th day of September, 2017.

_Nannette Jolivette Brown_
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Email from Soren E. Gisleson, Esq. to Honorable Nannette Jolivette Brown (Sept. 14, 2017).



**Fw: Doe v. Dillard University, No. 17-2645**
eFile-Brown to: Janet Jones-Duffey 09/14/2017 12:03 PM
Sent by: Lynda Tafaro

----- Forwarded by Lynda Tafaro/LAED/05/USCOURTS on 09/14/2017 12:03 PM -----

| | |
|---|---|
| From: | Soren Gisleson <SGISLESON@hhklawfirm.com> |
| To: | "'efile-brown@laed.uscourts.gov'" <efile-brown@laed.uscourts.gov> |
| Cc: | "dpatin@haileymcnamara.com" <dpatin@haileymcnamara.com>, 'Cari Simon' <csimon@tfnlgroup.com>, "Brodsky, Alexandra" <abrodsky@nwlc.org> |
| Date: | 09/14/2017 11:55 AM |
| Subject: | Doe v. Dillard University, No. 17-2645 |

Dear Judge Brown,

Please be advised that the above matter was amicably resolved yesterday by settlement. Both parties understand that a 60 day dismissal order can be entered.

Please contact me with any questions.

Sincerely,

Soren

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0569/Office: 504-581-4892/Fax: 504-561-6024

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
**CONFIDENTIAL ATTORNEY WORK PRODUCT**

 Please consider the environment before printing this e-mail